# Court of Appeals
# of the State of Georgia

ATLANTA,___March 13, 2013___

*The Court of Appeals hereby passes the following order:*

**A13A1237.  WINDSOR A. VEGA, JR. v. SARAH L. JOHNSON VEGA.**

Windsor Vega has filed a direct appeal from a protective order entered under the Family Violence Act, OCGA § 19-13-1 et seq.  Family Violence Act cases are domestic relations cases within the meaning of OCGA § 5-6-35 (a) (2), so appeals of such orders must be made by application for discretionary appeal.  *Schmidt v. Schmidt*, 270 Ga. 461 (1) (510 SE2d 810) (1999).  Because Vega failed to follow the proper appellate procedure, this appeal is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/13/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*